IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

DARIUS MONTEZ HAMPTON,      )
  #215 243,                 )
                            )
      Plaintiff,            )
                            )
      v.                    )   CIVIL ACTION NO.:  2:12-CV-1072-TMH
                            )                 [WO]
NURSE BAKER,                )
                            )
      Defendant.            )

**RECOMMENDATION OF THE MAGISTRATE JUDGE**

On January 17, 2013, the court granted Plaintiff 11 days to show cause why his complaint should not be dismissed for his failure to submit a prison account statement from the account clerks at the Kilby and Ventress Correctional Facilities as directed by order filed December 14, 2012. (*See Doc. Nos. 3, 4.*)  Plaintiff was cautioned that his failure to comply with the January 17 order would result in a Recommendation that his complaint be dismissed. (*Id.*)  The requisite time has passed and Plaintiff has not complied with the order of the court. Consequently, the court concludes that dismissal of this case is appropriate for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

Accordingly, it is the RECOMMENDATION of the Magistrate Judge that this case be DISMISSED without prejudice for Plaintiff's failures to comply with the orders of the court and to prosecute this action.

It is further

ORDERED that on or before **February 25, 2013,** Plaintiff may file an objection to

the Recommendation. Any objection filed must specifically identify the findings in the Magistrate Judge's Recommendation to which Plaintiff objects.  Frivolous, conclusive or general objections will not be considered by the District Court.  Plaintiff is advised that this Recommendation is not a final order of the court and, therefore, it is not appealable.

Failure to file a written objection to the proposed findings and recommendations in the Magistrate Judge's report shall bar the party from a *de novo* determination by the District Court of issues covered in the report and shall bar the party from attacking on appeal factual findings in the report accepted or adopted by the District Court except upon grounds of plain error or manifest injustice. *Nettles v. Wainwright*, 677 F.2d 404 (5th Cir. 1982).  *See Stein v. Reynolds Securities, Inc.*, 667 F.2d 33 (11th  Cir. 1982).  *See also Bonner v. City of Prichard*, 661 F.2d 1206 (11th Cir. 1981) ( *en banc*), adopting as binding precedent all of the decisions of the former Fifth Circuit handed down prior to the close of business on September 30, 1981.

DONE, this 11th day of February, 2013.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
CHIEF UNITED STATES MAGISTRATE JUDGE